

**Federal Defenders**
OF NEW YORK, INC.

770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

March 21, 2022

Honorable Gary R. Brown
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**FILED
CLERK**

4:48 pm, Mar 21, 2022

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Re:   United States v. Jeffrey Slothower
        Criminal Dkt. No. 21 CR 602

Dear Judge Brown:

I represent Mr. Jeffrey Slothower in the above referenced case. Mr. Slothhower was releases on a $50,000 secured bond and reporting to Pre-Trial Services. Mr. Slothhower's travel is restricted to the Eastern District of New York.  However, Mr. Slothhower has a scheduled dentist appointment tomorrow at 11:00 a.m. with Justin A. Siegel, DDS. Doctor Siegel's office is located at 1983 Route 52, Hopewell Junction, New York. Accordingly, Mr. Slothhower respectfully requests, that he be granted permission to travel to Hopewell Junction tomorrow.

I have spoken to AUSA Anthony Bagnuola and he has no objection to this request.

Respectfully submitted,
/s/
Evan Sugar
Federal Defenders of New York

cc:   AUSA Anthony Bagnuola
        USPTS

ORDER:  The travel request is granted.

Dated: 3/21/2022
**s/ Gary R. Brown**
Gary R. Brown U.S.D.J.